# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-1544
_____

MARKTAVIOS MARTIN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
John L. Miller, Judge.

November 15, 2018

PER CURIAM.

AFFIRMED.

B.L. THOMAS, C.J., and KELSEY and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Marktavios Martin, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Tabitha Herrera, Assistant Attorney General, Tallahassee, for Appellee.